UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
JACQUELINE HALBIG, *et al.*,                  )
                                              )
                 Plaintiffs,                  )
                                              )
        v.                                    )        Civil Action No. 13-0623 (PLF)
                                              )
KATHLEEN SEBELIUS,                            )
  U.S. Secretary of Health and Human          )
  Services, *et al.*,                         )
                                              )
                 Defendants.                  )
_____       )

SCHEDULING ORDER

The parties in this case have filed a joint report proposing a schedule for summary judgment briefing and oral argument. Dkt. No. 44 (Oct. 24, 2013). Based upon the representations of counsel in that report, and during the conference call held on October 25, 2013, it is hereby ORDERED that

1.      Defendants' cross-motion for summary judgment, combined with their opposition to [17] plaintiffs' motion for summary judgment, shall be filed on or before November 12, 2013.

2.      Plaintiffs' combined opposition to the defendants' cross-motion and reply in support of their motion shall be filed on or before November 18, 2013.

3.      Defendants' reply in support of their cross-motion shall be filed on or before November 25, 2013.

4.    Oral argument on the parties' cross-motions shall be held at 2:00 p.m. on December 3, 2013, in Courtroom 29A.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE:   October 25, 2013              United States District Judge